IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. KEVIN YOUNG | : : : | |
| v. | : : | CIVIL ACTION NO. 02-2846 |
| SOMERSET FARMS, INC., ET AL | : | |

# **O R D E R**

**AND NOW**, this  16th  day of   May   , 2014, upon consideration of Relator's Petition for an Award of Attorney's Fees, Costs, and Expenses (ECF No. 28), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Relator is awarded $58,0263.98 in attorney's fees and costs.

2. Relator's Motion for Relief from Judgment (ECF No. 43) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

BY THE COURT:

_____

**R. BARCLAY SURRICK, J.**